UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:10-CV-362

**ANDREE AZZAM**                                                                                              **PLAINTIFF**

**V.**

**BAPTIST HEALTHCARE AFFILIATES, INC.**                                              **DEFENDANT**

## ORDER

This matter having come before the Court upon Defendant's Motion for Summary Judgment (DN 20); Plaintiff having responded (DN 23); Defendant having replied (DN 24); the Court having filed a memorandum opinion and being sufficiently advised;

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED.  Plaintiff's claims against Defendant are dismissed with prejudice.  This is a final and appealable order.